# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Angela Hennigan, <br><br> *Debtor*. | Chapter 13 <br> Case No. 22-12508 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Modified Chapter 13 Plan
- Motion to Modify Plan After Confirmation
- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Dated: May 1, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-9617

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

FLAGSHIP CREDIT ACCEPTANCE
PO BOX 3807
COPPELL, TX 75019

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

PECO
2301 Market Street, 04 NW
Philadelphia, PA 19101

Purchasing Power, LLC
2727 Paces Ferry Road SE
Bldg.2,Ste 1200
Atlanta, GA 30339

Police & Fire Federal Credit Union
3333 Street Road
Bensalem, PA 19020