# Cibik Law, P.C.   # INVOICE

1500 Walnut Street, Suite 900　　　　　　　　　　　　　　　　　　　　　　　　　Invoice #1
Philadelphia, PA 19102　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 10/24/2024

Angela Hennigan
115 E. Tulpehocken Street
Philadelphia, PA 19144

## 2405-Hennigan

## Bankruptcy 22-12508

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 10/11/2023 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss the surrender of her car and the modification of her plan. | 0.70 | $245.00 |
| 10/12/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedules A/B and C | 0.50 | $175.00 |
| 11/21/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted supplement to schedule I/J | 0.10 | $35.00 |
| 11/21/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted modified Chapter 13 Plan | 1.00 | $350.00 |
| 05/01/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify Chapter 13 plan after confirmation | 0.20 | $70.00 |
| 10/24/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted modified Chapter 13 plan (amended) | 0.20 | $70.00 |
| 10/24/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted supplemental application for compensation. | 0.10 | $35.00 |
| | | **Quantity Subtotal** | | **2.8** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 2.5 | $350.00 | $875.00 |
| Edward Gruber | Deputy Attorney | 0.3 | $350.00 | $105.00 |
| | | **Quantity Total** | | **2.8** |
| | | | **Subtotal** | **$980.00** |
| | | | **Total** | **$980.00** |

Invoice #1 - 10/24/2024

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | | $980.00 | $0.00 | $980.00 |
| | | | **Outstanding Balance** | **$980.00** |
| | | | **Total Amount Outstanding** | **$980.00** |