**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Angela Hennigan, <br><br> *Debtor*. | Chapter 13 <br> Case No. 22-12508-AMC |

## Order

AND NOW, on this ____ day of _____, 2024, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

    It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$980** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date:

By the Court:

_____
Hon. Ashely M. Chan
Chief U.S. Bankruptcy Judge