# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Angela Hennigan,<br><br>                                 *Debtor*. | Chapter 13<br>Case No. 22-12508-AMC |

      I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

      Kenneth E. West (CM/ELF)

      U.S. Trustee (CM/ELF)

      Angela Hennigan
      115 E Tulpehocken St
      Philadelphia, PA 19144-2029

| | |
|---|---|
| Dated: October 24, 2024 | CIBIK LAW, P.C.<br>*Attorney for Debtor*<br><br>By: /s/ Michael A. Cibik<br>    Michael A. Cibik (#23110)<br>    1500 Walnut Street, Suite 900<br>    Philadelphia, PA 19102<br>    215-735-1060<br>    help@cibiklaw.com |