# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Angela Hennigan,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-12508 |

## Order Granting Motion to Modify Plan After Confirmation

And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtor Angela Hennigan, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 61 is **APPROVED**.


Date: _____

                                                    Honorable Ashely M. Chan
                                                    Chief U.S. Bankruptcy Judge