## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Angela Hennigan,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-12508-AMC |

    I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Modified Chapter 13 Plan (amended), ECF No. 61 and the Proposed Order Re: Motion to Modify Plan, ECF No. 62, were served upon the following parties by electronic means or first-class mail on the date set forth below.

    Kenneth E. West (CM/ELF)

    U.S. Trustee (CM/ELF)

    Flagship Credit Acceptance
    P.O. Box 3807
    Coppell, TX 75019

Dated: February 24, 2025        CIBIK LAW, P.C.
                                      *Attorney for Debtor*

                                        By: /s/ Michael A. Cibik
                                            Michael A. Cibik (#23110)
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA 19102
                                            215-735-1060
                                            help@cibiklaw.com