# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Angela Hennigan,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-12508 |

### Order Granting Motion to Modify Plan After Confirmation

And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtor Angela Hennigan, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 64 is **APPROVED**.


Date: _____    _____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge