## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Angela Hennigan,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-12508-AMC |

    I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Modified Chapter 13 Plan (amended), ECF No. 64 and the Proposed Order were served upon the following parties by electronic means or first-class mail on the date set forth below.

    Kenneth E. West (CM/ELF)

    U.S. Trustee (CM/ELF)

    Flagship Credit Acceptance
    P.O. Box 3807
    Coppell, TX 75019

Dated: May 6, 2025            CIBIK LAW, P.C.
                                     *Attorney for Debtor*

                                     By: /s/ Michael A. Cibik
                                          Michael A. Cibik (#23110)
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          215-735-1060
                                          help@cibiklaw.com